# UNITED STATES of America, Plaintiff–Appellee,

v.

## Clevon Tyrone JOHNSON, Defendant–Appellant.

### No. 02–6611.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Kevin Michael Schad, Schad & Cook, Indian Springs, Ohio, for Appellant. Christine Manuelian, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin Michael Schad seeks to appeal the district court's order denying his motion

filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Johnson*, Nos. CR–97–309–JFM; CA–02–336–JFM (D.Md. Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*